UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD THOMAS,

      Petitioner,

v.                                                             Case Number: 08-cv-14273
                                                                Honorable Patrick J. Duggan

CAROL HOWES,

      Respondent.
                                      /

## JUDGMENT

Petitioner Edward Thomas, a state prisoner, filed this *pro se* habeas petition pursuant to 28 U.S.C. § 2254, challenging his convictions for kidnapping, fourth-degree criminal sexual conduct (CSC), and domestic violence, following a bench trial in Wayne County Circuit Court in 2006. In an Opinion and Order issued on this date, the Court concluded that Petitioner is not entitled to a writ of habeas corpus.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

Dated: March 23, 2011                           s/PATRICK J. DUGGAN
                                                         UNITED STATES DISTRICT JUDGE

Copies to:
Edward Thomas, #524590
Cooper Street Correctional Facility
3100 Cooper Street
Jackson, MI   49201

AAG Laura A. Cook